-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LISA TANN,

      Petitioner,

 -v-

GEORGE ALAN BENNETT, also known as
ALAN BENNETT, also know as ALAN DORIS;
MIRANDA BENNETT,

      Respondents.

DECISION AND ORDER
13-CV-0823S

---

  Petitioner, Lisa Tann, by her counsel, has brought this action under the International Child Abduction Remedies Act, 42 U.S.C. § 11603, and the Hague Convention on Civil Aspects of Child Abduction, T.I.A.S. No. 11670, S. Treaty Doc. No. 99–11, seeking an order directing that the parties' minor child be returned to Northern Ireland. (Docket No. 1.) Petitioner also requests permission to proceed *in forma pauperis* and has met the statutory requirements. Accordingly, petitioner's request to proceed as a poor person is hereby granted. In addition, the petition has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

  The Clerk of the Court is directed to file petitioner's papers, and to cause the United States Marshal to serve copies of the Summons, Petition and this Order upon the named respondents without petitioner's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in petitioners favor.

  SO ORDERED.

Dated: August 2, 2013
Rochester, New York

                   _____
                   FRANK P. GERACI, JR.
                   United States District Judge